UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN BRYANT,

    Petitioner

    v.

DEPT. OF CORRECTIONS, et al.,

    Respondents

CIVIL ACTION NO. 3:CV-13-2006

(Judge Mannion)

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2), is **GRANTED** solely for the purpose of filing the action.

2. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: July 26, 2013

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2006-01-order.wpd